Decided December 21, 1995

MAC'S CAR CITY, INC. *v.* PELINO S. DILORETO ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 39 Conn. App. 518 (AC 13276), is granted, limited to the following issue:

"What is the proper time for filing a judgment lien, under General Statutes § 52-328 (b), to perfect a pre-judgment attachment lien previously filed, when the original judgment in favor of the attaching lienor is reversed on appeal?"

The Supreme Court docket number is SC 15340.

*Michael P. Barry,* in support of the petition.

*Sandra Rachel Baker,* in opposition.

Decided December 21, 1995